IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNESTO NODA PULIDO, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C 98-1515 CRB (PR) |
| | ) | |
| vs. | ) | ORDER (Doc # 18) |
| | ) | |
| C. A. TERHUNE, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Per order filed on July 2, 1998, the court dismissed plaintiff's prisoner complaint under the authority of 28 U.S.C. § 1915A. Plaintiff promptly appealed, but a few months later the Ninth Circuit dismissed the appeal.

Nearly seven years later, plaintiff has filed a motion for reconsideration of the Ninth Circuit's dismissal of the appeal. The motion (doc # 18) is DENIED. This court has no authority to reconsider the orders or opinions of the Ninth Circuit.

SO ORDERED.

DATED: March 6, 2006

CHARLES R. BREYER
United States District Judge